# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**MICHAEL ERVIN,**            ) Case No. 2:11-cv-01797-WBS -EFB
                              )
Plaintiff,                    ) **ORDER**
                              )
    vs.                       )
                              )
**B &T FINANCIAL SERVICES LLC,** )
                              )
Defendant.                    )
                              )

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 19th day of March, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1